UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL PRICE,

    Plaintiff,

v.	Case No: 2:11-cv-468-FtM-38DNF

DISTRICT SCHOOL BOARD OF
COLLIER COUNTY, FLORIDA,

    Defendant.
_____/

## ORDER

This matter comes before the Court following a final pretrial conference held by the undersigned with the Parties on September 23, 2013.  The Parties expressed an interest in the magistrate judge holding a settlement conference in this matter.  The case is currently set for trial term commencing in October.  Thus, the Court will refer this matter for a settlement conference before the Honorable Douglas N. Frazier.

Accordingly, it is now

**ORDERED:**

The case is **referred** to the Honorable Magistrate Judge Douglas N. Frazier to conduct a settlement conference and to enter any related Orders as deemed appropriate.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of September, 2013.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

Hon. Douglas N. Frazier
United States Magistrate Judge