UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL PRICE,

     Plaintiff,

v.                         Case No:  2:11-cv-468-FtM-38DNF

DISTRICT SCHOOL BOARD OF
COLLIER COUNTY, FLORIDA,

     Defendant.
_____/

## ORDER

This matter comes before the Court on the Parties' Joint Notice of Settlement (Doc. #68) filed on September 25, 2013.  This Court has been advised by counsel that the above action has been settled, subject to approval by the School Board.  As the matter has settled, the Court will administratively close the file for a period of sixty (60), dismissing the case without prejudice.  See M.D. Fla. Local Rule 3.05(b).  If the settlement is not approved by the School Board within this time, either party may move to reopen the action.

Accordingly, it is now

**ORDERED:**

(1) That this cause is **DISMISSED** without prejudice subject to the right of any party, within sixty (60) days from the date of this Order, **November 25, 2013**, to submit a stipulated form of final judgment or request an extension of time, should they so choose or for any party to move to reopen the action, upon a showing of good cause.  See Local Rule 3.08(b).  After that sixty day (60)

period, however, without further order, this dismissal shall be deemed *with prejudice.*

(2) The Clerk is directed to terminate any previously scheduled deadlines and pending motions, and **administratively close** the case pending further Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of September, 2013.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record